## Williamson's Estate

Before Lamorelle, P. J., and Gest, Stearne, and Sinkler, JJ.

674

676

C. Leo Sutton and *Bell, Trinkle, Truscott & Bell*, for exceptants.

*Joseph C. Henry, Bevan A. Pennypacker, R. C. Busser, Jr.*, and *R. W. Archbald, Jr.*, contra.

SINKLER, J., November 2, 1934.—The auditing judge, correctly applying the principles of law pertinent to the case before us, has rendered a just decision, sound in law. We have nothing to add other than the citation of two recent decisions of this court in like cases: Dowling's Estate, 16 D. & C. 381, and Madeira's Estate, 18 D. & C. 362. Both these are in harmony with the present adjudication.

The exceptions are dismissed, and the adjudication is confirmed absolutely.